UNITED STATES GOVERNMENT
# MEMORANDUM

**TO:**
United States Magistrate Judge

**REPLY TO ATTN OF:**
Donnelle Thompson
United States Probation Officer

3:08CM 1437-SRW

**SUBJECT:** U.S.A. vs. Milton Cooks
Docket No. 4:04-M-139-001
Transfer of Jurisdiction Request

**DATE:** January 30, 2008

## COURT HISTORY:

On May 18, 2007, Milton Cooks appeared in the United States District Court for the Middle District of Georgia before the Honorable G. Mallon Faircloth, United States Magistrate Judge, for sentencing on the offense of Larceny and Theft, U.S. Property. He was sentenced to a two-year probation term.

## SUPERVISION HISTORY:

Cooks term of probation commenced on May 18, 2007. He established residency with his wife at 2908 Birmingham Highway, Apt. #315, in Opelika, Alabama. He is currently disabled.

On June 14, 2007, Cooks admitted to using cocaine on June 11, 2007. Cooks admitted to having a cocaine addiction and requested treatment. He agreed to enroll in the Veteran's Administration Hospital in Tuskegee, Alabama, but failed to do so. He submitted three additional urine samples which produced positive results for cocaine. In November 2007, Cooks was instructed to enroll in an extensive drug treatment program at "His Place" which is located in Opelika, Alabama; however, he failed to do so. To date, Cooks' adjustment to supervision has been poor.

## RECOMMENDATION:

Since Cooks has family ties in the Middle District of Alabama and has no plans of relocating, this officer respectfully recommends that jurisdiction be accepted in the Middle District of Alabama. In pursuit of this goal, I am attaching a Probation Form 22, Transfer of Jurisdiction. Should Your Honor concur with this recommendation, please sign Part II of the attached form.

U.S. Magistrate Judge
Memorandum/Page Two
January 30, 2008

                                        Respectfully submitted,

                                        Donnelle Thompson
                                        United States Probation Officer

**Reviewed and Approved:**

David R. Thweatt
Supervisory United States Probation Officer

                                        **APPROVED:**

                                        United States Magistrate Judge/Date

                                        **DISAPPROVED:**

                                        United States Magistrate Judge/Date

                      **COMMENTS:**

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:07-M-52-001 (GMF) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Middle District of Georgia | DIVISION Columbus |
|---|---|---|
| Milton Cooks<br>2908 Birmingham Highway<br>Apt 315<br>Opelika, AL 36801 | NAME OF SENTENCING JUDGE<br><br>G. Mallon Faircloth | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 05/18/2007 | TO 05/17/2009 |

OFFENSE

Larceny and Theft, U.S. Property

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/3/08
_____
Date

_____
G. Mallon Faircloth
U.S. Magistrate Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
U. S. Magistrate Judge