IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08cm01437-SRW |
| | ) | |
| MILTON COOKS | ) | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Nathan D. Stump, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 23rd day of June, 2008.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/Nathan D. Stump
    NATHAN D. STUMP
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08cm1437-SRW |
| | ) | |
| MILTON COOKS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Butler, Esq.

    Respectfully submitted,

    /s/Nathan D. Stump
    NATHAN D. STUMP
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: nathan.stump@usdoj.gov